## UNITED STATE DISTRICT COURT FOR THE DISTRICT OF EASTERN PENNSYLVANIA

| | |
|---|---|
| THOMAS CAPPELLO | : |
| | : 02CV2999 |
| v. | : |
| LEHIGH CO. PAROLE DEPARTMENT | : |
|    And | : |
| DOROTHY STUART | : |

## **ENTRY OF APPEARANCE**

CLERK OF COURTS:

    Kindly enter my appearance on behalf of defendants, Lehigh County Parole Department and Dorothy Stuart regarding the above-captioned matter.

                        DEVLIN & DEVINE


                        BY:_____
                            Christine E. Munion, Esquire
                            Attorney for Defendants,
                            Lehigh County Parole Department and
                            Dorothy Stuart

                            Devlin & Devine
                            100 West Elm Street, Suite 200
                            Conshohocken, PA 19428
                            (610) 397-4620
                            Attorney I.D. #72724

## UNITED STATE DISTRICT COURT FOR THE DISTRICT OF EASTERN PENNSYLVANIA

| | |
|---|---|
| THOMAS CAPPELLO : | |
| : | 02CV2999 |
| v. : | |
| LEHIGH CO. PAROLE DEPARTMENT : | |
| And : | |
| DOROTHY STUART : | |

### CERTIFICATE OF SERVICE

I, Christine E. Munion, Esquire, counsel for Defendants, Lehigh County Parole Department and Dorothy Stuart, hereby state that a true and correct copy of the foregoing was served on the plaintiff, Thomas Cappello, *pro-se*, below on December 4, 2002, by placing a copy of same in the United States regular first-class mail, first-class postage prepaid.

Thomas Cappello
1847 West Market Street
Bethlehem, PA  18018

DEVLIN & DEVINE

_____
By:  Christine E. Munion, Esquire
     Attorney for Defendants,
     Lehigh County Parole Department and
     Dorothy Stuart

     Devlin & Devine
     100 West Elm Street. Suite 200
     Conshohocken, PA  19428
     (610) 397-4620
     Attorney I.D. #72724