IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS CAPPELLO | : CIVIL ACTION |
| | : |
| vs. | : |
| | : NO. 02-CV-2999 |
| LEHIGH COUNTY PAROLE DEPT., | : |
| and DOROTHY STUART | : |

**<u>ORDER</u>**

AND NOW, this _____ day of February, 2003, upon consideration of Plaintiff's Petition for Extension of Time and in view of this Court's Order granting Defendants' Motion to Dismiss Plaintiff's Complaint, it is hereby ORDERED that the Petition to Extend Time is DENIED as MOOT.

BY THE COURT:

_____
J. CURTIS JOYNER,                J.